**Rodger Dean ROBB, Appellant,**

v.

**Michael O'KEEFE, Commissioner, Minnesota Department of Health and Human Services, Appellee.**

No. 03–1585.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 18, 2003.

Decided Jan. 6, 2004.

Gregory Randall Solum, Solum Law Office, Edina, MN, for Petitioner–Appellant.

Angela M. Helseth, Attorney General's Office, St. Paul, MN, John L. Kirwin, Hennepin County Attorney's Office, Minneapolis, MN, for Respondent–Appellee.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Rodger Dean Robb appeals the district court's[1] order denying his 28 U.S.C. § 2254 petition challenging his commitment under Minnesota's Sexually Dangerous Person (SDP) Act, Minn.Stat. §§ 253B.02, subd. 18c, 253B.185 (2002). The district court granted Robb a certificate of appealability on whether Minnesota's "lack of adequate control" standard comports with constitutional requirements. The constitutionality of Minnesota's SDP Act was recently upheld in *Linehan v.*

*Milczark,* 315 F.3d 920, 927–28 (8th Cir. 2003). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny appellee's pending motion.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.